**Willie M. GRIFFIN, Petitioner,**

v.

**STATE of Florida, Respondent.**

No. 1D16–2893.

District Court of Appeal of Florida, First District.

Nov. 17, 2016.

Willie M. Griffin, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

Because petitioner is represented by counsel below, the petition for writ of habeas corpus is dismissed as unauthorized. *Logan v. State,* 846 So.2d 472 (Fla.2003) (holding that generally, a criminal defendant cannot proceed pro se while represented by counsel).

ROWE, MAKAR, and KELSEY, JJ., concur.